AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

__SOUTHERN__ District of __NEW YORK__

KEITH MIKELL

V.

CAPITAL PRINTING SYSTEMS, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CV 5549

JUDGE McMAHON

TO: (Name and address of Defendant)

Capital Printing Systems, Inc
140 East 45th Street, 36th Floor
New York, NY 10017

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Locksley O. Wade, Esq.
Law Office of Locksley O. Wade, LLC
110 Wall Street, 11th Floorr
New York, NY 10005
(212) 933-9180
(212) 253-4142 Fax
lwade@lwade-law.com
Attorney for Plaintiff

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    JUN 1 9 2008

CLERK  _Catherine Lapsley_                           DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                         Date                    *Signature of Server*

                                        _____
                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEITH MIKELL, | ) Case No.: 08 CV 5549 |
| | ) Filing Date:     06-19-2008 |
| **Plaintiff** | ) |
| v. | ) |
| CAPITAL PRINTING SYSTEMS, INC., | ) **ATTY:** |
| | ) LOCKSLEY O. WADE, LLC |
| | ) 110 Wall Street, 11th Floor |
| | ) New York, NY 10005 |
| **Defendant** | ) |

## AFFIDAVIT OF SERVICE

STATE OF New York: COUNTY OF Kings    ss:

I, LOAI F. SARSOUR, being duly sworn deposes and says deponent is not a party to this action, I am over the age of eighteen years and reside in the state of New York. That on JUNE 24, 2008 at 2:57 PM at 140 EAST 45TH STREET, 36TH FLOOR, NEW YORK, NY 10017, receipients BUSINESS OFFICE deponent served the within SUMMONS AND COMPLAINT on CAPITAL PRINTING SYSTEMS, INC. therein named.

CORPORATION: a corporation by delivering thereat a true copy of each to JOHN BARTLETT personally, deponent knew said corporation so served to be the corporation described in legal papers and knew said individual to be the MANAGER authorized agent thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: Male    Race/Skin: White    Hair: Blonde    Age: 45    Height: 5'11    Weight: 190

COMMENTS:

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Loai F. Sarsour, Lic.# 1133309
LOCKSLEY O. WADE, LLC
110 Wall Street, 11th Floor
New York, NY 10005
(212) 933-9180

Executed on: 7-17-08

Subscribed and sworn to before me, a notary public, on this 17th day of July, 2008.

_____  My Commission Expires:
Notary Public

MARIA L. BASS
Notary Public, State of New York
No. 01BA6107290
Qualified in Kings County
Commission Expires March 22, 2011

ID: 08-008049                                                Client Reference: Mikell Capital