UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
KEITH MIKELL,                                   :
                                                :
            **Plaintiff,**              :
                                                :
-against-                                       :
                                                :    Case No. 08 CV 5549 (CM)
CAPITAL PRINTING SYSTEMS, INC.,                 :
                                                :
            **Defendant.**             :
-------------------------------------------------------x

## NOTICE OF APPEARANCE

TO CLERK OF THE COURT:

      Please enter the appearance of Joseph J. Lynett, Esq. and Susan Corcoran, Esq., as attorneys for Defendant, Capital Printing Systems, Inc. in this action.

            Joseph J. Lynett
            Susan Corcoran
            Jackson Lewis LLP
            One North Broadway, Suite 1502
            White Plains, New York 10601

            Respectfully submitted,

            JACKSON LEWIS LLP
            One North Broadway, Suite 1502
            White Plains, New York 10601

By: _____
            Joseph J. Lynett (JL 7328)
            Susan Corcoran (SC 0934)
            ATTORNEYS FOR DEFENDANT

Dated: August 1, 2008
      White Plains, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
KEITH MIKELL,                                :
                                             :
                **Plaintiff,**      :
                                             :
   -against-                           :
                                             :   Case No. 08 CV 5549 (CM)
CAPITAL PRINTING SYSTEMS, INC.,  :
                                             :
                **Defendant.**       :
-------------------------------------------------------x

## CERTIFICATE OF SERVICE

      This is to certify that a copy of the foregoing Notice of Appearance has been served via U.S. Mail, First Class this 1st day of August, 2008 on:

                Law Office of Locksley O. Wade, LLC
                110 Wall Street, 11th Floor
                New York, New York 10005
                Attorney for Plaintiff

_____
Susan Corcoran