UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jackson Lewis LLP
One North Broadway, Suite 1502
White Plains, New York 10601
(914) 328-0404
Attorneys of Record for Defendant
Joseph J. Lynett (JL 7328)
Susan Corcoran (SC 0934)

------------------------------------------------------x
KEITH MIKELL,                               :
                                            :
                    Plaintiff,              :
                                            :
         -against-                          :
                                            :    Case No. 08 CV 5549 (CM)
CAPITAL PRINTING SYSTEMS, INC.,             :
                                            :
                    Defendant.              :
------------------------------------------------------x

## FED. R. CIV. P. 7.1 CERTIFICATION

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedures and to enable Judges and Magistrates of the Court to evaluate possible disqualifications or recusal, the undersigned attorneys of record for Defendant, Capital Printing Systems, Inc., certifies that Defendant does not have corporate parents, subsidiaries or affiliates.

                                    JACKSON LEWIS LLP
                                    One North Broadway, Suite 1502
                                    White Plains, New York 10601
                                    (914) 328-0404

                              By:   _____
                                    Joseph J. Lynett (JL 7328)
                                    Susan Corcoran (SC 0934)

                                    ATTORNEYS FOR DEFENDANT

Dated:      August 1, 2008
            White Plains, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
KEITH MIKELL,                                    :
                                                 :
              Plaintiff,              :
                                                 :
-against-                                        :
                                                 :   Case No. 08 CV 5549 (CM)
CAPITAL PRINTING SYSTEMS, INC.,                  :
                                                 :
              Defendant.              :
-------------------------------------------------------x

## CERTIFICATE OF SERVICE

       This is to certify that a copy of the foregoing Fed. R. Civ. P. 7.1 Certification has been served via U.S. Mail, First Class this 1st day of August, 2008 on:

        Law Office of Locksley O. Wade, LLC
        110 Wall Street, 11th Floor
        New York, New York  10005
        Attorney for Plaintiff

_____
Susan Corcoran