UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
KEITH MIKELL,                                    :
                                                 :
              Plaintiff,                      :
                                                 :
-against-                                        :
                                                 :  Case No. 08 CV 5549 (CM)
CAPITAL PRINTING SYSTEMS, INC.,                  :
                                                 :
              Defendant.                      :
------------------------------------------------------x

## NOTICE OF APPEARANCE

TO CLERK OF THE COURT:

      Please enter the appearance of Joseph J. Lynett, Esq. and Susan Corcoran, Esq., as attorneys for Defendant, Capital Printing Systems, Inc. in this action.

              Joseph J. Lynett
              Susan M. Corcoran
              Jackson Lewis LLP
              One North Broadway, Suite 1502
              White Plains, New York 10601

              Respectfully submitted,

              JACKSON LEWIS LLP
              One North Broadway, Suite 1502
              White Plains, New York 10601

      By:      _____
              Joseph J. Lynett (JL 7328)
              Susan Corcoran (SC 0934)
              ATTORNEYS FOR DEFENDANTS

Dated: July 31, 2008
       White Plains, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
KEITH MIKELL,                                :
                                             :
            **Plaintiff,**           :
                                             :
-against-                                    :
                                             :   Case No. 08 CV 5549 (CM)
CAPITAL PRINTING SYSTEMS, INC.,              :
                                             :
            **Defendant.**           :
-------------------------------------------------------x

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Notice of Appearance has been served via U.S. Mail, First Class this 1st day of August, 2008 on:

    Law Office of Locksley O. Wade, LLC
    110 Wall Street, 11th Floor
    New York, New York  10005
    Attorney for Plaintiff

_____
Susan Corcoran