McMahon, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
KEITH MIKELL, :
:
                    Plaintiff, : Case No. 08 CV 5549 (CM)
:
- against - :
: STIPULATION
CAPITAL PRINTING SYSTEMS, INC., :
:
                    Defendant. :
------------------------------------------------------x

      IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendant, through their respective undersigned counsel, that Defendant's time to answer, move or otherwise respond to Plaintiff's Complaint in the above-captioned action shall be and hereby is extended to, and including, August 21, 2008.

| LAW OFFICE OF LOCKSLEY O. WADE, LLC | JACKSON LEWIS LLP |
|---|---|
| 110 Wall Street, 11th Floor | One North Broadway |
| New York, New York 10005 | White Plains, New York 10601 |
| (212) 933-9180 | (914) 328-0404 |
| (212) 253-4142 facsimile | (914) 328-1882 facsimile |

By: /s/ Locksley O. Wade
Locksley O. Wade, Esq. (LW 0078)
ATTORNEY FOR PLAINTIFF

By: /s/ Joseph J. Lynett
Joseph J. Lynett (JL 0328)
Susan Corcoran (SC 0934)
ATTORNEYS FOR DEFENDANT

SO ORDERED this 4 day of August 2008.

/s/ Colleen McMahon
COLLEEN McMAHON
United States District Judge
Southern District of New York

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/08